IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MARY L. LEE, | * |
|       Plaintiff, | * |
| v. | Case No. 3:23-cv-61-CDL |
| | * |
| LESLIE A. LAMB, PPC TRANSPORTATION and PILGRIM'S PRIDE CORPORATION, | * |
|       Defendants. | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated November 13, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 13th day of November, 2023.

                                      David W. Bunt, Clerk

                                      s/ Gail G. Sellers, Deputy Clerk